UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC.; CRIMINAL PRODUCTIONS; COOK PRODUCTIONS; HYBRID, LLC; ME2 PRODUCTIONS, INC.; CELL FILM HOLDINGS, LLC; and I AM WRATH PRODUCTION, INC., | Case No. 3:17-cv-155-AC<br><br>JUDGMENT |
| Plaintiffs, | |
| v. | |
| JOHN STEVENS DODD, aka J. STEVE DODDS, | |
| Defendant. | |

ACOSTA, Magistrate Judge:

Based on Plaintiffs' Acceptance of FRCP 68 Offer of Judgment filed October 27, 2017;

IT IS ORDER AND ADJUDGED that Judgment be entered against Defendant in this action in the amount of $6,000, inclusive of all costs and attorney fees then accrued, and injunctive relief

PAGE 1 – JUDGMENT

as requested in Plaintiff's Complaint, Paragraphs B and C of the Prayer for Relief.

DATED this 3rd day of November, 2017.

_____
JOHN V. ACOSTA
United States Magistrate Judge

PAGE 2 – JUDGMENT